Charles M. Izzo, Attorney "CI-4691"
116 North 2nd Street
Camden, New Jersey 08102
856-757-0550 (Fax 856-757-9071)
Attorney for the Debtor

---

United States Bankruptcy Court
District of New Jersey, Camden Division

In re: Joseph Germano III

                Debtor   :  NOTICE OF OPPOSITION

Chapter 7 No. 16-15064 JNP

---

To:         Clerk of U.S. Bankruptcy Court
             and

           RAS Cintron LLC
           130 Clinton Road – Suite 202
           Fairfield NJ 07004


**PLEASE TAKE NOTICE** that the undersigned Attorney herewith makes known the opposition of Joseph Germano, to the creditor's Motion for Relief from the automatic stay, for the reason that the moving papers filed on behalf of Nationstar Mortgage LLC are supported solely by a certification of facts pertaining to another Bankruptcy case in another vicinage under a different docket number. <u>Debtor is unable to respond to this motion</u> because he lacks any information about it except for notice of the hearing date.


7/31/16                                                       /s/ Charles M. Izzo