| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>**Nationstar Mortgage, LLC**<br><br>By: Laura Egerman, Esq. (LE-8250) | **Order Filed on November 1, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>Joseph Germano III<br><br>Debtor. | Case No.: 16-15064-JNP<br><br>Chapter 13<br><br>Hearing Date: November 1, 2016 at 10 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER VACATING STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: November 1, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

15-031242 - BlM

Debtor: Joseph Germano III
Case No: 16-15064-JNP
Caption of Order: **Order Vacating Automatic Stay**
_____

Upon the motion under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as:   424 Holly Drive, Atco, NJ 08004
- ☐ Personal Property more fully described as:

The movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The co-debtor stay against Terri L. Germano is lifted pursuant to 11 U.S.C. § 1301(c).

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

15-031242 - BlM