Case 16-15064-JNP   Doc 26-4   Filed 10/04/16   Entered 10/04/16 00:36:22:13   Desc
Proposed Order   Page 1 of 3

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>**Nationstar Mortgage, LLC**<br><br>By: Laura Egerman, Esq. (LE-8250) | **Order Filed on November 1,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey** |
| In Re:<br><br>Joseph Germano III<br><br>Debtor. | Case No.: 16-15064-JNP<br><br>Chapter 13<br><br>Hearing Date:  November 1, 2016 at 10 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ORDER VACATING STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**.

**DATED: November 1, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

15-031242 - BlM

Debtor: Joseph Germano III
Case No: 16-15064-JNP
Caption of Order: **Order Vacating Automatic Stay**

---

      Upon the motion under Bankruptcy Code section 362(a) for relief from the automatic stay as to

certain property as hereinafter set forth, and for good cause shown, it is

      **ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and

prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the

movant's rights in the following:

- ■    Real Property more fully described as:   424 Holly Drive, Atco, NJ 08004

- ☐    Personal Property more fully described as:

The movant may join the Debtor and any trustee appointed in this case as defendants in its

action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The co-debtor stay against Terri L. Germano is lifted pursuant to 11 U.S.C. § 1301(c).

      The movant shall serve this order on the debtor, any trustee and other party who entered an

appearance on the motion.

15-031242 - BlM

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15064-JNP
Joseph Germano, III                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Nov 01, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db             +Joseph Germano, III,    424 Holly Drive,    Atco, NJ 08004-2002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              Bruce  Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com
              Charles M. Izzo    on behalf of Debtor Joseph  Germano, III cminj2001@yahoo.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
                gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC legerman@rasnj.com,
                gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC placsina@caplaw.net,
                gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                      TOTAL: 8