Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−15064−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph Germano III
   424 Holly Drive
   Atco, NJ 08004

Social Security No.:
   xxx−xx−3263

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/22/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 22, 2016
JJW: cmf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-15064-JNP
Joseph Germano, III                                                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 22, 2016
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db         +Joseph Germano, III,    424 Holly Drive,    Atco, NJ 08004-2002
cr         +Columbia Bank,   C/O Bruce D. Gordon LLC,    2050 Center Ave., Ste. 560,
             Fort Lee, NJ 07024-4913
cr         +NATIONSTAR MORTGAGE LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr         +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
             Fairfield, NJ 07004-2927
516063232  +AES/Natl Col,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
516063233  +Aes/pheaa,    Po Box 2461,    Harrisburg, PA 17105-2461
516297744  +Bank of America, N.A.,    Carrington Mortgage Services, LLC,    1600 SOUTH DOUGLASS ROAD,
             ANAHEIM, CA 92806-5948
516366057  +Bank of America, NA,    c/o Prober & Raphael,    20750 Ventura Blvd.,    Suite 100,
             Woodland Hills, CA 91364-6207
516182235  +Bruce D. Gordon, LLC,    2050 Center Ave,,    Suite 560,    Fort Lee, NJ 07024-4913
516063237  +Columbia Bank,    19-01 Route 208 North,    Fair Lawn, NJ 07410-2824
516063239 #+Ecmc,   1 Imation Place,    Bldg 2,    Oakdale, MN 55128-3422
516251930   Educational Credit Management Corporation,     PO Box 16408,    St. Paul, MN 55116-0408
516063240  +Harwood Lloyd, LLC,    130 Main Street,    Hackensack, NJ 07601-7152
516063241   M&t Credit Services Ll,    1100 Worley Drive,    Consumer Asset Management 2nd Floor/Attn,
             Williamsville, NY 14221
516195581  +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516063242  +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516063243  +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516244504  +Nationstar Mortgage, LLC,    PO Box 619094,    Dallas, TX 75261-9094
516103584   Navient Solutions, Inc. on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
             PO Box 9430,    Wilkes Barre, PA 18773-9430
516063245  +P H E A A/h C B,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
516122885  +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 00:03:41     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 00:03:38     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516063234  +EDI: BANKAMER.COM Dec 22 2016 23:53:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
             Greensboro, NC 27420-6012
516135321   EDI: CAPITALONE.COM Dec 22 2016 23:53:00     Capital One, N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
516063236  +EDI: CHASE.COM Dec 22 2016 23:53:00     Chase Card Services,    Attn: Correspondence Dept,
             Po Box 15298,    Wilmington, DE 19850-5298
516063238  +EDI: DISCOVER.COM Dec 22 2016 23:53:00     Discover Financial,    Attn: Bankruptcy,
             Po Box 3025,    New Albany, OH 43054-3025
516063244  +EDI: NAVIENTFKASMSERV.COM Dec 22 2016 23:53:00     Navient,    Attn: Claims Dept,    Po Box 9500,
             Wilkes-Barr, PA 18773-9500
516063246  +EDI: STFC.COM Dec 22 2016 23:53:00     Square One Financial/Cach Llc,    4340 S Monaco St,
             2nd Floor,    Denver, CO 80237-3485
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516063235      Cap One Na
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2016
                              Form ID: 148             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Bruce   Gordon    on behalf of Creditor    Columbia Bank bgordon@bgordonlaw.com
              Charles M. Izzo    on behalf of Debtor Joseph  Germano, III cminj2001@yahoo.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Laura M. Egerman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
              Raymond   Shockley, Jr   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                               TOTAL: 9
```